726 A.2d 1037

**Ajamu WILSON, Petitioner,**

v.

**STATE FARM MUTUAL INSURANCE COMPANY, Respondent.**

Supreme Court of Pennsylvania.

March 23, 1999.

## *ORDER*

PER CURIAM:

**AND NOW,** this 23 rd day of March, 1999, the Petition for Allowance of Appeal is granted, the Order of the Superior Court is reversed, and the case is remanded to the Philadelphia County Court of Common Pleas for further proceedings consistent with this court's decision in *Kuropatwa v. State Farm,* 554 Pa. 456, 721 A.2d 1067 (1998).